UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Jonathan Logan, II     Docket No. 5:14-MJ-1014-1

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jonathan Logan, II, who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable Robert B. Jones, U.S. Magistrate Judge on October 8, 2014, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant admits to using marijuana prior to the day he was placed on probation. He submitted to urinalysis testing on November 4, and December 3rd, 2014, which revealed positive results for marijuana. The defendant denies any illegal drug use since being placed on probation, however, he has requested substance abuse counseling. Therefore, it is requested that the drug aftercare condition be added so that the defendant can be enrolled in our Surprise Urinalysis Program and be referred for substance abuse counseling with our local treatment provider.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: December 16, 2014

**ORDER OF THE COURT**

Considered and ordered this __19__ day of _December_, 2014 and ordered filed and made a part of the records in the above case.

Robert B. Jones
U.S. Magistrate Judge