UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Jonathan Logan, II**                                    **Docket No. 5:14-MJ-1014-1**

**Petition for Action on Probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jonathan Logan, who, upon an earlier plea of guilty to 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on October 8, 2014, to 12 months probation under the conditions adopted by the court.

On December 17, 2014, the conditions of probation were modified to include the drug aftercare special condition, after the defendant tested positive for marijuana and requested substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has submitted multiple positive urinalysis that have been sent to the lab for analysis. It has been confirmed that the defendant used marijuana prior to his urinalysis on December 3 and 16, 2014, and January 21, 2015. The defendant admits that he has a problem and we have increased his treatment with our local treatment provider. It is recommended that the defendant complete an additional 24 hours of community service for his drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: March 12, 2015

**ORDER OF THE COURT**

Considered and ordered this **12** day of **March** , 2015 and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge