UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1014-1

| | | |
|---|---|---|
| United States Of America | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| Jonathan Logan, II | ) | |
| | ) | |

On October 8, 2014, Jonathan Logan appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level - 5 was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on May 6, 2015 the court finds as a fact that Jonathan Logan, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 14 days, to be served intermittently at the discretion of the US Probation Office, and shall abide by all rules and regulations of the designated facility.

**IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 6th day of May, 2015

Kimberly A. Swank
U.S. Magistrate Judge