UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-1014-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Jonathan Logan**, II | ) | |
| | ) | |

On October 8, 2014, Jonathan Logan appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired, Level – 5, was sentenced to 12 months of probation.

On October 7, 2015, the defendant appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in Fayetteville, North Carolina, on a Motion for Revocation. The court did not rule on the violation but continued the hearing until November 4, 2015, in Fayetteville, North Carolina. As the current probation term was scheduled to expire on October 7, 2015, the court ordered that the defendant's term of probation be extended until December 31, 2015.

On November 4, 2015, the defendant appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in Fayetteville, North Carolina, on a continuation of the Motion for Revocation filed on August 27, 2015. The court finds as a fact that Jonathan Logan, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued and that his term of probation remain unchanged.

This the 4th day of November, 2015.

Kimberly A. Swank
U.S. Magistrate Judge